1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**SOUTHERN DISTRICT OF CALIFORNIA**

9
10

CHRISTINA L. ALEXANDER,

Civil No.    12cv1401  BEN (WMc)

11

Petitioner,

12

v.

**ORDER RE: MOTION FOR LEAVE
TO FILE AMENDED PETITION**

13

D.K. JOHNSON, Warden,

**[ECF No. 4]**

Respondent.

14
15

**I.     INTRODUCTION AND PROCEDURAL HISTORY**

16
17

On July 16, 2012, the Honorable Roger T. Benitez directed the Clerk of Court to refile a

18

duplicative Petition for Writ of Habeas Corpus in Case. No. 12cv1402 in the instant case "as an original

19

Motion to Amend the Petition." [ECF No. 4 at p. 1.]  Petitioner's filing in Case. No. 12cv1402

20

challenged the same state court conviction as the Petition in the instant case.  *Id.*  As directed by Judge

21

Benitez, the Court construes the filing in Case No. 12cv1402 as a motion to amend the pending petition.

[Id. at p. 2.]

22

**II.     STANDARD**

23
24

Federal Rule of Civil Procedure 15(a) provides that a party may amend its complaint once "as

25

a matter of course" before a responsive pleading is served, or at any time within twenty days of service

26

if it requires no response.  "Otherwise a party may amend the party's pleading only by leave of court

27

or by written consent of the adverse party; and leave shall be freely given when justice so requires."

28

Fed. R. Civ. P. 15 (a).

-1-

1    This Court notes that on several occasions, "the Supreme Court has instructed the lower federal

2  courts to heed carefully the command of Rule 15(a), F[ed]. R. Civ. P., by freely granting leave to amend

3  when justice so requires." *DCD Programs, LTD. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1995)* (quoting

4  *Gabrielson v. Montgomery Ward & Co., 785 F.2d 762, 765 (9th Cir. 1986))* (quoting *Howey v. United*

5  *States, 481 F.2d 1187, 1190 (9th Cir. 1973))* (citations omitted).   "Rule 15's policy of favoring

6  amendments to pleadings should be applied with 'extreme liberality.'" *United States v. Webb, 655 F.2d*

7  *977, 979 (9th Cir. 1981)* (citing *Rosenberg Brothers & Co. v. Arnold, 283 F.2d 406 (9th Cir. 1960)* (per

8  curiam)).

9  **III.    DISCUSSION AND ORDER THEREON**

10    No responsive pleading has been served in the instant matter.   Fed. R. Civ. P. 15 (a).

11  Accordingly, the Court **GRANTS** the motion to amend and accepts Document No. 4 on the docket as

12  Plaintiff's First Amended Petition in this action.   The Clerk of Court is **DIRECTED** to identify the

13  filing at Document No. 4 in the Case Management / Electronic Case Filing system as the First Amended

14  Petition for Writ of Habeas Corpus.

15    **IT IS SO ORDERED.**

16   DATED: July 26, 2012

17

18

19                                        Hon. William McCurine, Jr.
                                          U.S. Magistrate Judge
                                          United States District Court
20

21

22

23

24

25

26

27

28

-2-