UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA L. ALEXANDER,<br><br>                              Petitioner,<br><br>v.<br><br>D.K. JOHNSON, Warden,<br><br>                              Respondent. | Civil No.   12cv1401 BEN (WMc)<br><br>**ORDER RE: MOTION FOR LEAVE TO FILE AMENDED PETITION**<br><br>**[ECF No. 4]** |

## I.   INTRODUCTION AND PROCEDURAL HISTORY

On July 16, 2012, the Honorable Roger T. Benitez directed the Clerk of Court to refile a duplicative Petition for Writ of Habeas Corpus in Case. No. 12cv1402 in the instant case "as an original Motion to Amend the Petition." [ECF No. 4 at p. 1.]  Petitioner's filing in Case. No. 12cv1402 challenged the same state court conviction as the Petition in the instant case. *Id.*  As directed by Judge Benitez, the Court construes the filing in Case No. 12cv1402 as a motion to amend the pending petition. [Id. at p. 2.]

## II.   STANDARD

Federal Rule of Civil Procedure 15(a) provides that a party may amend its complaint once "as a matter of course" before a responsive pleading is served, or at any time within twenty days of service if it requires no response.  "Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15 (a).

-1-

This Court notes that on several occasions, "the Supreme Court has instructed the lower federal courts to heed carefully the command of Rule 15(a), F[ed]. R. Civ. P., by freely granting leave to amend when justice so requires." *DCD Programs, LTD. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1995)* (quoting *Gabrielson v. Montgomery Ward & Co., 785 F.2d 762, 765 (9th Cir. 1986))* (quoting *Howey v. United States, 481 F.2d 1187, 1190 (9th Cir. 1973))* (citations omitted). "Rule 15's policy of favoring amendments to pleadings should be applied with 'extreme liberality.'" *United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981)* (citing *Rosenberg Brothers & Co. v. Arnold, 283 F.2d 406 (9th Cir. 1960)* (per curiam)).

### III. DISCUSSION AND ORDER THEREON

No responsive pleading has been served in the instant matter. Fed. R. Civ. P. 15 (a). Accordingly, the Court **GRANTS** the motion to amend and accepts Document No. 4 on the docket as Plaintiff's First Amended Petition in this action. The Clerk of Court is **DIRECTED** to identify the filing at Document No. 4 in the Case Management / Electronic Case Filing system as the First Amended Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED.**

DATED: July 26, 2012

*[signature: W McCurine Jr.]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court